GEORGE SEERGY, Appellant, v. CITY OF NEW YORK et al., Respondents.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

UTICA AVENUE PLUMBING SUPPLY CO., INC., Respondent, v. HOME OWNERS' LOAN CORPORATION, Appellant, et al., Defendants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

ANJERVAN, INC., Appellant, v. MARGARET B. DOTY, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

JOSEPH P. DAY et al., as Trustees, Respondents, v. MORRIS WALZER et al., Appellants.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

In the Matter of the Application of LENA BOBROWSKY, Appellant, for the Removal of the Body of LOUIS BOBROWSKY, Deceased, from Mt. Zion Cemetery to Mount Judah Cemetery. INDEPENDENT ZOLESZCZYKER KRANKEN UNTERSTUSTZUNGS VEREIN, Respondent.—

Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.